UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Dawn Althouse

Case No.: 19-11058/JNP  
Chapter: 7  
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Clerk of the United States Bankruptcy Court  
U.S. Post Office & Court House  
PO Box 2067, 401 Market Street  
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____April 2, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
Real Property:  
133 Haven Court  
Sewell, NJ  
FMV - $130,000.00

Liens on property:  
Quicken - $110,039.00

Amount of equity claimed as exempt: $11,500.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11058-JNP
Dawn Althouse                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Feb 28, 2019
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.
```
db              +Dawn Althouse,    133 Haven Court,    Sewell, NJ 08080-3003
517974277       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
517974278      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517974280       +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
517974281       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
517974283       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517974285      #+PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
517974286       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
517983885       +Quicken Loans,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517974279       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:16
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
517974282       +E-mail/Text: mrdiscen@discover.com Mar 01 2019 00:19:22     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517974284       +E-mail/Text: bankruptcy@huntington.com Mar 01 2019 00:20:09     Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
517974287       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 01 2019 00:20:30     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
```
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Dawn  Althouse jjresq@comcast.net,    jjresq1@comcast.net
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```